| AO 10<br>Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ballou, Robert S. | 2. Court or Organization<br><br>United States District Court, Western District of Virginia | 3. Date of Report<br><br>10/21/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>210 Franklin Road, S.W.<br>Suite 344<br>Roanoke, Virginia 24011 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 10/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Roanoke County School Board - spouse employed as substitute school nurse |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Virginia CLE | January 6-9, 2020 | Charlottesville, VA | Teach and judge mock trials at trial advocacy course | Food and lodging for three nights and food the fourth day. |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 10/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Bank | A | Interest | J | T | | | | | |
| 2. First Citizens Bank | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank | | None | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. USAA Brokerage Account (assets below) (Now Chas. Schwab Brokerage) (H) | | | | | | | | | |
| 6. -CSX Corp. | A | Dividend | | | Sold | 03/16/20 | K | E | |
| 7. -Norfolk Southern Corp. | A | Dividend | | | Sold | 03/16/20 | K | D | |
| 8. -Stanley Black & Decker | A | Dividend | | | Sold | 03/16/20 | K | D | |
| 9. -Verizon Communications, Inc. | A | Dividend | | | Sold | 03/16/20 | K | D | |
| 10. -Tweedy Browne Value Fund | | None | | | Sold | 03/13/20 | J | A | |
| 11. -USAA Money Market Fund | A | Dividend | | | | | | | |
| 12. | | | | | Buy | 03/16/20 | M | | |
| 13. | | | | | Sold (part) | 03/17/20 | K | A | |
| 14. | | | | | Sold | 05/26/20 | M | A | |
| 15. -Charles Schwab One Sweep Account | A | Interest | L | T | Buy | 05/26/20 | M | | |
| 16. | | | | | Sold (part) | 06/02/20 | J | A | |
| 17. | | | | | Sold (part) | 08/31/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. UTMA Account # 1 (holdings listed below) (H) | | None | | | Closed | 03/02/20 | K | | Transfer Acct to Child #1 |
| 20. -Marsico Growth Fund | | None | | | Distributed | 03/02/20 | J | | |
| 21. -USAA Growth & Income Fund | | None | | | Distributed | 03/02/20 | J | | |
| 22. -USAA Money Market Fund | | None | | | Distributed | 03/02/20 | J | | |
| 23. | | None | | | | | | | |
| 24. UTMA Account # 2 (holdings listed below) (H) | | None | | | Closed | 03/02/20 | K | | Transfer Acct to Child #2 |
| 25. -Marsico Growth Fund | | None | | | Distributed | 03/02/20 | J | | |
| 26. -USAA Growth & Income Fund | | None | | | Distributed | 03/02/20 | J | | |
| 27. -USAA Money Market Fund | | None | | | Distributed | 03/02/20 | J | | |
| 28. | | | | | | | | | |
| 29. UTMA Account #3 (holdings listed below) (H) | | | | | | | | | |
| 30. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 31. -USAA Money Market Fund (now held at Victory Capital) | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. 403(b) Retirement Account (holdings listed below)(H) | | | | | | | | | |
| 34. - JP Morgan Mid-Cap Value Fund | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -Mass Mutual Select Mid-Cap Growth Class I | B | Dividend | K | T | | | | | |
| 36. | -American Funds EuroPac. Growth (R6) (Formerly R4 share class | A | Dividend | K | T | | | | | |
| 37. | Metropolitan West Total Return Bond Plan | A | Dividend | J | T | | | | | |
| 38. | -Vanguard Institutional Index 500 | B | Dividend | L | T | | | | | |
| 39. | | | | | | | | | | |
| 40. | Vanguard Retirement Account (holdings below)(H) | | | | | | | | | |
| 41. | -Vanguard Health Care Fund Investor Shares | D | Dividend | L | T | Sold (part) | 03/19/20 | M | E | |
| 42. | -Vanguard Cash Reserves Money Market | A | Dividend | M | T | Buy | 03/19/20 | M | | |
| 43. | | | | | | | | | | |
| 44. | T.Rowe Price Retirement Account (holdings below)(H) | | | | | | | | | |
| 45. | -T.Rowe Price Mid-Cap Growth Fund | B | Dividend | K | T | Sold (part) | 03/19/20 | K | D | |
| 46. | -T. Rowe Price Science & Technology Fund | | None | | | Sold | 03/19/20 | J | C | |
| 47. | -T. Rowe Price Small-Cap Stock Fund | | None | | | Sold | 03/19/20 | K | D | |
| 48. | -T. Rowe Price Spectrum Growth Fund | | None | | | Sold | 03/19/20 | J | B | |
| 49. | -Summit Municipal Money Market | A | Dividend | | | Buy | 03/19/20 | M | | |
| 50. | | | | | | Sold | 10/19/20 | M | A | |
| 51. | -Tax Exempt Money Fund | A | Dividend | M | T | Buy | 10/19/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Virginia 529 College Savings Plan # 1 (holdings below)(H) | | | | | | | | | |
| 54. -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | None | | | | Sold | 03/12/20 | J | B | |
| 55. -Va 529 Stock Index Fund | None | | | | Sold | 03/12/20 | J | B | |
| 56. -Va. 529 Aggressive Growth Fund | None | | | | Sold | 03/12/20 | J | B | |
| 57. -Va529 FDIC Insured Fund | None | K | T | | Buy | 03/12/20 | K | | |
| 58. | | | | | Sold (part) | 08/17/20 | J | C | |
| 59. | | | | | | | | | |
| 60. Virginia 529 College Savings Plan # 2 (holdings below)(H) | | | | | | | | | |
| 61. -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | None | K | T | | Sold (part) | 03/12/20 | J | B | |
| 62. -Va 529 Stock Index Fund | None | | | | Sold | 03/12/20 | J | B | |
| 63. -Va. 529 Aggressive Growth Fund | None | | | | Sold | 03/12/20 | K | B | |
| 64. -Va 529 Conservative Income Fund | None | K | T | | Buy | 03/12/20 | K | | |
| 65. | | | | | Sold (part) | 05/18/20 | J | A | |
| 66. | | | | | Sold (part) | 08/17/20 | J | A | |
| 67. -VA529 FDIC- Insured Fund | None | J | T | | Buy | 03/12/20 | J | | |
| 68. | | | | | Sold (part) | 08/17/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | | | | | |
| 70. | Virginia 529 College Savings Plan # 3 (holdings below)(H) | | | | | | | | | |
| 71. | -Va. 529 2021 Portfolio (Previously Chesapeake Fund) | | None | L | T | | | | | |
| 72. | -Va 529 Stock Index Fund | | None | | | Sold | 03/12/20 | K | C | |
| 73. | -Va. 529 Aggressive Growth Fund | | None | | | Sold | 03/12/20 | K | C | |
| 74. | -Va 529 - Conservative Income Fund | | None | K | T | Buy | 03/12/20 | K | | |
| 75. | -Va 529 - FDIC Insured Fund | | None | K | T | Buy | 03/12/20 | K | | |
| 76. | | | | | | | | | | |
| 77. | USAA SEP Acct.(Now Charles Schwab IRA No. 1) - (holdings below)(H) | | | | | | | | | |
| 78. | -USAA Money Market Fund | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 79. | -USAA Treasury Money Market | A | Dividend | | | | | | | |
| 80. | | | | | | Buy (add'l) | 03/20/20 | N | | |
| 81. | | | | | | Buy (add'l) | 03/23/20 | L | | |
| 82. | | | | | | Sold | 05/26/20 | N | A | |
| 83. | -AQR Managed Futures Strategy | | None | | | Sold | 03/20/20 | J | A | |
| 84. | -Blackrock Low Dur. BD Inv. (Institutional Shs.) | A | Dividend | | | Sold | 03/20/20 | K | A | |
| 85. | -Causeway Int'l Value | | None | | | Sold | 03/20/20 | K | A | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Center Coast MLP | | None | | | Sold | 03/20/20 | J | A | |
| 87. -Delaware Investment Small Cap Value | | None | | | Sold | 03/20/20 | J | A | |
| 88. -EV Income Fund of Boston | | None | | | Sold | 03/20/20 | J | A | |
| 89. -Voya Global Real Estate- Formerly ING Global Real Estate Fund | A | Dividend | | | Sold | 03/02/20 | J | A | |
| 90. -Ivy Mid Cap Growth | | None | | | Sold | 03/20/20 | J | A | |
| 91. -John Hancock Displicined Value (Inst. Shs.) | | None | | | Sold | 03/20/20 | K | A | |
| 92. -John Hancock Seaport CL I | | None | | | Sold | 03/20/20 | J | A | |
| 93. -JP Morgan Dynamic Small Cap Growth | | None | | | Sold | 03/20/20 | J | A | |
| 94. -Mainstay Large Cap Growth | | None | | | Sold | 03/20/20 | K | A | |
| 95. -Metropolitan West Total Return | | None | | | Sold | 03/20/20 | K | A | |
| 96. -Pimco Foreign Bond Fund | | None | | | Sold | 03/20/20 | J | A | |
| 97. -Pimco Short Term Foreign Bond Fund | | None | | | Sold | 03/20/20 | J | A | |
| 98. -Riverpartk/Wedgewood Instl. | | None | | | Sold | 03/20/20 | K | A | |
| 99. -Virtus Insight Emerging Markets | | None | | | Sold | 03/20/20 | K | A | |
| 100. -Blackstone Alternative Multi-Strategy Fund | | None | | | Sold | 03/20/20 | J | B | |
| 101. -Schwab Value Advantage Money Fund | A | Dividend | N | | Buy | 05/26/20 | N | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  USAA Roth IRA (Now Charles Schwab Roth IRA) (holdings below)(H) | | | | | | | | | |
| 104.  -USAA Money Market Fund | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 105.  -USAA Treasury Money Market | A | Dividend | | | | | | | |
| 106. | | | | | Buy (add'l) | 01/28/20 | K | | |
| 107. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 108. | | | | | Sold | 05/26/20 | K | A | |
| 109.  -AQR Managed Futures Strategy | | None | | | Sold | 01/28/20 | J | A | |
| 110.  -Blackrock Low Duration Bnd. Fund | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 111.  -Causeway Int'l Value Fund | | None | | | Sold | 01/28/20 | J | A | |
| 112.  -Center Coast MLP | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 113.  -Delaware Inv. Sm. Cap. Value | | None | | | Sold | 01/28/20 | J | A | |
| 114.  -EV Income Fund of Boston | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 115.  -Voya Global Real Estate formerly ING Global Real Estate Fund | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 116.  -Ivy Mid-Cap Growth | | None | | | Sold | 01/28/20 | J | A | |
| 117.  -John Hancock Disciplined Value Fund | | None | | | Sold | 01/28/20 | J | A | |
| 118.  -JP Morgan Dynamic Small Cap Growth | | None | | | Sold | 01/28/20 | J | A | |
| 119.  -Mainstay Large Cap Growth | | None | | | Sold | 01/28/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Metropolitan West Total Return | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 121. Pimco Foreign Bond Fund | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 122. -Virtus Insight Emerging Markets | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 123. -Pimco Short Term Bond Fund | A | Dividend | | | Sold | 01/28/20 | J | A | |
| 124. --Riverpark/Wedgewood Institutional Shares | | None | | | Sold | 01/28/20 | J | A | |
| 125. -Blackstone Alternative Multi-Strategy Fund | | None | | | Sold | 01/28/20 | J | A | |
| 126. -John Hancock Seaport Fund | | None | | | Sold | 01/28/20 | J | A | |
| 127. -Schwab Value Advantage Money Fund | A | Dividend | K | T | Buy | 05/26/20 | K | | |
| 128. | | | | | | | | | |
| 129. USAA Trad. IRA No. 2(now Charles Schwab IRA No. 2 (holdings below)(H) | | | | | | | | | |
| 130. -Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 131. -Viatris, Inc. | | None | J | T | Spinoff<br>(from line 130) | 11/16/20 | J | | |
| 132. -USAA Money Market | A | Dividend | | | Sold | 05/26/20 | J | A | |
| 133. -Schwab Value Advantage Money Fund | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 134. -T.Rowe Price Blue Chip Growth | A | Dividend | K | T | | | | | |
| 135. -T.Rowe Price Dividend Growth Fund | A | Dividend | K | T | | | | | |
| 136. -Tweedy Browne Worldwide High Dividend Yield | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Explorer Investor Class | B | Dividend | K | T | | | | | |
| 138. | | | | | | | | | |
| 139. Payflex HSA Account (Holdings Below)(H) | | | | | | | | | |
| 140. -Payflex HSA Deposit Account | A | Interest | K | T | | | | | |
| 141. -American Funds 2035 Target | A | Dividend | J | T | | | | | |
| 142. -Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 143. -Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 144. -Parnassus Mid-Cap Fund | A | Dividend | J | T | | | | | |
| 145. -Vanguard Dividend Appreciation Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ballou, Robert S.** | 10/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 10/21/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert S. Ballou**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544